NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1055

ROBERTSON & PENN, INC.,

Appellant,

v.

Pete Geren, SECRETARY OF THE ARMY,

Appellee.

James F. Nagle, Oles Morrison Rinker & Baker, LLP, of Seattle, Washington, argued for appellant. With him on the brief was Jonathan A. DeMella.

Kent C. Kiffner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director.

Appealed from: Armed Services Board of Contract Appeals

Judge Diana S. Dickinson

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1055

ROBERTSON & PENN, INC.,

Appellant,

v.

Pete Geren, SECRETARY OF THE ARMY,

Appellee.

# Judgment

ON APPEAL from the Armed Services Board of Contract Appeals

in CASE NO. 55622.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (Before BRYSON and GAJARSA, <u>Circuit Judges</u>, and ST. EVE, <u>District Judge</u>).[*]

AFFIRMED.  <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>June 5, 2009</u>  /s/ Jan Horbaly

Jan Horbaly, Clerk

---

[*]  The Honorable Amy J. St. Eve, United States District Judge for the Northern District of Illinois, sitting by designation.